IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC<br><br>v.<br><br>JACK IN THE BOX, INC. | )<br>)<br>)  CASE NO. 2:24-cv-00052-JRG-RSP<br>)         (Lead Case)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Pursuant to the Court's Standing Order, Plaintiff Analytical Technologies, LLC and Defendant Jack in the Box, Inc. (the "Parties") jointly notify the Court that all matters in controversy between the Parties have been settled in principle and move to stay all deadlines. The Parties request that the Court stay for **28 days** all unreached deadlines, including Jack In the Box's deadline to respond to the Complaint and entry of a Docket Control Order, so that the Plaintiff may file dismissal papers.

For purposes of clarity, this Joint Motion to Stay applies only to Case No. 2:24-cv-00052 (*Analytical Technologies, LLC v. Jack In The Box, Inc.*). All deadlines in other cases remain unaffected.

DATED: April 24, 2024                               Respectfully submitted,

                                                    */s/ Randall Garteiser*
                                                    Randall T. Garteiser
                                                    Texas Bar No. 24038912
                                                    rgarteiser@ghiplaw.com
                                                    Christopher A. Honea
                                                    Texas Bar No. 24059967

chonea@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

*Counsel for Plaintiff*


Jon B. Hyland (State Bar No.  24046131)
**HILGERS GRABEN**
7859 Walnut Hill Ln., Suite 335
Dallas, Texas 75230
Phone: (972) 645-7728
E-mail: jhyland@hilgersgraben.com

*Counsel for Defendant*

**CERTIFICATE OF CONFERENCE**

Counsel for both parties conferred on April 22, 2024 and agree with the motion set forth.

*/s/ Randall Garteiser*
Randall T. Garteiser

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 24, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ Randall Garteiser*
Randall T. Garteiser
