# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ANALYTICAL TECHNOLOGIES, LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**JACK IN THE BOX INC.,**<br><br>   Defendant. | **CASE NO. 2:24-CV-00052-JRG-RSP**<br>**(LEAD CASE)** |
|    v.<br><br>**DICKEY'S BARBECUE RESTAURANTS, INC.** | **CASE NO. 2:24-CV-00054-JRG-RSP** |

## JOINT MOTION TO STAY ALL PENDING DEADLINES

Plaintiff Analytical Technologies, LLC and Defendant Dickey's Barbecue Restaurants, Inc. (the "Parties") respectfully request the Court to stay all pending motions, actions and deadlines for two (2) weeks, up to and including May 28, 2024 (May 27, 2024 is a Federal holiday), to allow the Parties time to finalize the resolution of Case No. 2:24-cv-00054-JRG-RSP, including the submission of a Motion to Dismiss. The requested extension is not for delay, but only to allow for an orderly resolution of this lawsuit.

Dated: May 13, 2024

/s/ Randall Garteiser w/permission
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

**ATTORNEYS FOR PLAINTIFF ANALYTICAL TECHNOLOGIES, LLC**

/s/ Alexander H. Martin
Neil J. McNabnay
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Noel F. Chakkalakal
Texas Bar No. 24053676
Sarika Patel
Texas Bar No. 24073520
Alexander H. Martin
Texas Bar No. 24091828
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com
patel@fr.com
martin@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT DICKEY'S BARBECUE RESTAURANTS, INC.**

**CERTIFICATE OF CONFERENCE**

Pursuant to Eastern District of Texas Local Rule CV-7(i); counsel has complied with the meet and confer requirement in Local Rule CV-7(h). Counsel for Defendant conferred with Counsel for Plaintiff on May 13, 2014, concerning the relief sought in this Motion. Counsel for Plaintiff is not opposed.

>                             /s/ Alexander H. Martin
>                             Alexander H. Martin

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy has been electronically filed using the CM/ECF filing system on May 13, 2024, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system.

>                             /s/ Alexander H. Martin
>                             Alexander H. Martin