**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ANALYTICAL TECHNOLOGIES, LLC,** ) | |
| ) | |
| Plaintiff, ) | **Case: 2:24-cv-00052-JRG-RSP** |
| ) | |
| v. ) | |
| ) | |
| **JACK IN THE BOX, INC.** ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Analytical Technologies, LLC moves to dismiss its claims **with prejudice** against Jack In the Box Inc., with each party bearing its own attorneys' fees and costs.

Date: June 10, 2024

Respectfully submitted,

/s/ Randall Garteiser
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  sfuller@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

*Counsel for Plaintiff*

/s/ Jon B. Hyland
Jon B. Hyland (State Bar No.  24046131)
**HILGERS GRABEN**
7859 Walnut Hill Ln., Suite 335
Dallas, Texas 75230
Phone: (972) 645-7728
E-mail: jhyland@hilgersgraben.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Randall Garteiser*
Randall Garteiser

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Eastern District of Texas Local Rule CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h). The Parties have conferenced, and counsel is in agreement with this motion.

*/s/ Randall Garteiser*
Randall Garteiser