# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>         Plaintiff,<br><br> v.<br><br>JACK IN THE BOX INC.<br><br>         Defendant | CASE NO. 2:24-cv-00052-JRG-RSP<br><br>(Lead Case) |
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>         Plaintiff,<br><br> v.<br><br>ZAXBY'S FRANCHISING LLC,<br><br>         Defendant | CASE NO. 2:24-cv-00056-JRG-RSP<br><br>(Consolidated Case) |

**UNOPPOSED MOTION FOR EXTEND DEADLINE TO FILE PROPOSES DOCKET CONTROL ORDER, PROPOSED DISCOVERY ORDER, AND PROPOSED PROTECTIVE ORDER**

Plaintiff Analytical Technologies, LLC hereby files this unopposed motion for a seven-day extension of time for Plaintiff and Defendant Zaxby's Franchising LLC to file their Proposed Docket Control Order and Propose Discovery Order, from June 12, 2024 to June 19, 2024 and to file their Proposed Protective Order, from June 19, 2024 to June 26, 2024.

This motion is not made for purposes of delay, will not prejudice any party, and, if granted, will not interfere with any other deadline in this case. The parties have been working together to

narrow the disputed issues in the Orders; and extending this deadline by an additional seven days will allow the parties to further reduce their disputed issues in an attempt to reach agreement on the issues therein. This is the parties' first request for an extension of time to file their Docket Control Order, Discovery Order, and Protective Order.

      WHEREFORE, Defendants respectfully request the Court to grant their Unopposed Motion for a seven-day extension of time to file the parties' Proposed Docket control Order and Proposed Discovery Order from June 12, 2024 to June 19, 2024 and to file their Proposed Protective Order, from June 19, 2024 to June 26, 2024.

DATED: June 12, 2024

Respectfully submitted,

*/s/ Randall Garteiser*
Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

***Counsel for Plaintiff***

- 3 -

**CERTIFICATE OF CONFERENCE**

Counsel for both parties conferred on June 12, 2024, and agree with the motion set forth.

*/s/ Randall Garteiser*
Randall T. Garteiser

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 12, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ Randall Garteiser*
Randall T. Garteiser
