IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>                                  Plaintiff,<br><br> v.<br><br>JACK IN THE BOX INC.<br><br>                                  Defendant | CASE NO. 2:24-cv-00052-JRG-RSP<br><br>(Lead Case) |
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>                                  Plaintiff,<br><br> v.<br><br>ZAXBY'S FRANCHISING LLC,<br><br>                                  Defendant | CASE NO. 2:24-cv-00056-JRG-RSP<br><br>(Consolidated Case) |

**UNOPPOSED MOTION FOR ENTRY OF DISCOVERY ORDER**

      Plaintiff Display Technologies, LLC, files this Unopposed Motion for Entry of this Discovery Order. The Parties have conferred and agreed upon this Discovery Order. Therefore, Display Technologies, LLC respectfully requests that the Court approve and enter same, a copy of which is attached hereto for the Court's entry.

- 2 -

| | |
|---|---|
| Dated:  June 17, 2024 | Respectfully Submitted,<br><br>*/s/ Randall T. Garteiser*<br>Randall T. Garteiser<br>   Texas Bar No. 24038912<br>   rgarteiser@ghiplaw.com<br><br>**GARTEISER HONEA, PLLC**<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>Telephone: (903) 705-7420<br>Facsimile: (903) 405-3999<br><br>**COUNSEL FOR PLAINTIFF** |

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties met and conferred and agreed to the Joint Proposed Order.

*/s/ Randall T. Garteiser*
Randall T. Garteiser

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Randall T. Garteiser*
Randall T. Garteiser