IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| ANALYTICAL TECHNOLOGIES, LLC<br><br>v.<br><br>JACK IN THE BOX, INC. | § § § § § § | CASE NO. 2:24-cv-00052-JRG-RSP<br>(Lead Case) |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC<br><br>v.<br><br>ZAXBY'S FRANCHISING LLC | § § § § § § | CASE NO. 2:24-cv-00056-JRG-RSP<br>(Member Case) |

## ORDER GRANTING DEFENDANT ZAXBY'S
## OPPOSED MOTION FOR MISCELLANEOUS RELIEF

Having considered Defendant, Zaxby's Franchising LLC's Opposed Motion for Miscellaneous Relief, this Court GRANTS the motion. Zaxby's Franchising LLC's Motion to Dismiss for Failure to State a Claim (Dkt. 12) and Zaxby's Reply in Support of its Motion to Dismiss (Dkt. 28) will be taken into consideration by this Court.

IT IS HEREBY ORDERED.